United States Courts
Southern District of Texas
F I L E D

JUN 1 6 2021

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

BRUCE WAYNE WALKER,                  §
                                     §
            Petitioner,              §
                                     §
v.                                   §
                                     §        CIVIL ACTION NO. H-20-3501
                                     §
BOBBY LUMPKIN, Director,             §
Texas Department of Criminal         §
Justice -- Correctional              §
Institutional-Division               §
                                     §
            Respondant               §

## PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL MEMORANDUM WITH BRIEF IN SUPPORT

This is a habeas corpus case brought by Bruce Wayne Walker, pro se, a Texas State Prisoner under 28 U.S.C. §2254. By order of the Court, Petitioner has until June 14, 2021, to file his supplemental memorandum or brief regarding claims asserted in his petition (Docket Entry No. 1). In support of this request for additional time, Petitioner would show this Honorable Court the following:

1. Petitioner is a pro se litigant with limited knowledge of the law requiring additional, in depth legal research to adequately brief the multiple claims asserted in his petition.

2. Petitioner is restricted to just two hours per day for a total of ten hours per week of access to the Unit's Law Library to conduct the in depth legal research necessary to adequately brief his supplemental memorandum in support of his petition.

3. Due to T.D.C.J.'s current Covid-19 protocol, Petitioner's access to the

Unit's Law Library is further restricted due to attorney-client video visit scheduling. The Unit's Law Library is periodically closed to other prisoners during such scheduling.

Accordingly, Petitioner requires additional time to sufficiently draft his supplemental memorandum and brief in support of his petition.

This request is not designed to neither harrass the respondant, nor to unnecessarily delay these proceedings. Rather, this extension of time is necessary to sufficiently draft a supplemental memorandum in support of Petitioner's petition.

For the foregoing reasons, Petitioner respectfully moves this Court to grant an additional sixty (60) days, to to August 10, 2021, within which to file a supplemental memorandum in support of Petitioner's petition.

Respectfully submitted,

Bruce Wayne Walker, Petitioner pro se,

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing has been served by placing it in the United States mail, first class postage prepaid, on this the 10th day of June, 2021. addressed to:

Ken Paxton
Attorney General of Texas
P.O. Box 12548
Austin, Texas 78711-2548

Bruce Wayne Walker, Petitioner pro se

June 10, 2021

**United States Courts**
**Southern District of Texas**
**FILED**

**JUN 16 2021**

Nathan Ochsner, Clerk of Court

CIVIL ACTION NO.H-20-3501

Bruce Wayne Walker
1303895 -- Darrungton Unit
59 Darrington Rd.
Rosharon, Texas 77583

Clerk
United States District Court
Southern District of Texas
Post Office Box 61010
Houston, Texas 77208

Re: Motion for Extension of Time with Brief in Support.

Dear Clerk,

Please find enclosed this Motion for Extension of Time with Brief in Support. Could you please see that this motion is properly filed with the Court. I thank you for your time and assistance in this most urgent matter.

Sincerely

Bruce Wayne Walker, Petioner pro se

cc: personal file

FOREVER / USA

NORTH HOUSTON TX 773

14 JUN 2021 PM 6 L

Nathan Ochsner, Clerk of Court

JUN 16 2021

FILED
Southern District of Texas
United States Courts

Bruce Wayne Walker
1303895 -- Darrington Unit
59 Darrington Rd.
Rosharon, Texas 77583

Clerk
United States District Court
Southern District of Texas
Post Office Box 61010
Houston, Texas 77208

77208-101010